In the Matter of Matter of MATTHEW J. MALONEY et al., Respondents, against UTILITY ROOFING Co., INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

Submitted November 15, 1944; decided December 30, 1944.

*Jeremiah F. Connor* for appellants.

*George J. Hayes* and *William F. O'Rourke* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.